ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Arora Group, Inc. | )  ASBCA No. 62237 |
| | ) |
| Under Contract No. HT0050-18-D-0035 | ) |
| T.O. FA452819FA015 | ) |

APPEARANCE FOR THE APPELLANT:            Edward J. Tolchin, Esq.
                                                                          Offit Kurman, PA
                                                                          Bethesda, MD

APPEARANCES FOR THE GOVERNMENT:       Jeffrey P. Hildebrant, Esq.
                                                                          Air Force Deputy Chief Trial Attorney
                                                                        Lt Col Damund E. Williams, USAF
                                                                        Lt Col Scott A. Van Schoyck, USAF
                                                                          Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 14, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62237, Appeal of The Arora Group, Inc., rendered in conformance with the Board's Charter.

Dated: May 14, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals